# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PROSPECT CCMC, LLC d/b/a/ CROZER-CHESTER MEDICAL CENTER,** Plaintiff, | : : : : : | |
| v. | : : | **MISCELLANEOUS NO. 18-174** |
| **CCNA/PENNSYLVANIA ASSOCIATION OF STAFF NURSES AND ALLIED PROFESSIONALS,** Defendant. | : : : : : | |
| **CCNA/PENNSYLVANIA ASSOCIATION OF STAFF NURSES AND ALLIED PROFESSIONALS,** Plaintiff, | : : : : : | |
| v. | : : | **CIVIL ACTION NO. 18-4039** |
| **PROSPECT CCMC, LLC d/b/a/ CROZER-CHESTER MEDICAL CENTER,** Defendant. | : : : : : | FILED JAN 28 2019 KATE BARKMAN, Clerk By _____ Dep. Clerk |

## ORDER

This 28th day of January, 2019, upon consideration of Prospect's Motion to Vacate the Arbitration Award (Civil Action No. 18-174, ECF No. 1) and PASNAP's related Motion for Judgment on the Pleadings to confirm the Arbitration Award (Civil Action No. 18-4039, ECF No. 6), it is hereby **ORDERED** that Prospect's Motion to Vacate is **DENIED** and PASNAP's Motion for Judgment on the Pleadings is **GRANTED.**

                                                             /s/ Gerald Austin McHugh
                                                             Gerald Austin McHugh
                                                             United States District Judge